# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICARDO LOPEZ,<br><br>    Defendant. | Case No. 97CR0942 MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 12] |

Based upon the Motion of the United States, good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in Case Number 97CR0942 shall be **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the arrest warrant for the Defendant herein may be recalled.

**SO ORDERED AND ADJUDGED**.

DATED: March 30, 2015

_____
HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE